**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEVIN ADAN ZERON LAINEZ, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, Acting Director of the New Orleans Field Office of ICE, in his official capacity, et al., | ) | No. 2:26-cv-02413-SHL-tmp |
|     Respondents. | ) | |

**ORDER REQUIRING SERVICE AND STAYING TRANSFER**

On April 13, Petitioner Kevin Adan Zeron Lainez filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  He challenges his detention by Respondents at the West Tennessee Detention Facility "pursuant to 8 U.S.C. § 1225(b)" as violative of his Fourth Amendment and Fifth Amendment due process rights, allegedly because he has been present in the United States since 2018, has a family in the United States, and lacks a criminal history.  (ECF No. 1-3 at PageID 12–13.)  He seeks release on "reasonable bond or parole," among other things.  (ECF No. 1 at PageID 7.)

Upon review of the Petition, it is ORDERED as follows:

(1)     Zeron Lainez shall, within **five days** of this Order, serve one copy each of the Petition (ECF Nos. 1, 1-1, 1-2, 1-3) and this Order (ECF No. 6) on the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Additionally, Zeron Lainez shall send the documents listed above to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.  Failure to fully comply with these service requirements may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2)     Within **five days** of Zeron Lainez fully complying with the service requirements above, Bullock shall respond to the Petition in writing.

(3)     Zeron Lainez may file a reply within **two days** after Bullock's responsive filing.

(4)     Bullock shall not transfer Zeron Lainez out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 15th day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE